**SPENCER FANE LLP**
Mary E. Bacon (No. 12686)
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3411
Facsimile: (702) 408-3401
E-mail: mbacon@spencerfane.com

*Attorneys for Defendant NPAS Solutions, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| LEISA WHITTUM, individually and on behalf of all and others similarly situated, Plaintiff, v. NPAS SOLUTIONS, LLC, Defendant. | CASE NO: 2:19-cv-00877 **STIPULATION FOR EXTENSION OF TIME FOR NPAS SOLUTIONS, LLC TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** **(FIRST REQUEST)** |
|---|---|

The parties, by and through their respective undersigned counsel, stipulate and agree that Defendant NPAS SOLUTIONS, LLC ("NPAS") may have an additional fourteen (14) days, until and including July 8, 2019, to file a response to Plaintiff's Complaint:

1. Defense counsel was recently engaged to handle this case and has not completed its review of the relevant documents and its investigation of the facts.
2. Plaintiff agreed to provide a fourteen (14) day extension to allow defense counsel to an opportunity to meaningfully respond to Plaintiff's complaint.
3. Plaintiff and Defendant are the only parties to this action, so no other party will be prejudiced by this stipulation.
4. This stipulation is made in good faith and not for purposes of delay.

///
///

1     For the foregoing reasons, the parties respectfully requests that the Court grant NPAS
2 a fourteen (14) day extension, until and including July 8, 2019, to file its response to
3 Plaintiff's Complaint.
4 Dated this 20th day of June, 2019.     Dated this 20th day of June, 2019.

| /s/ Miles Clark | /s/ Mary E. Bacon |
|---|---|
| **KNEPPER & CLARK LLC**<br>Matthew I. Knepper, Esq.<br>Miles N. Clark, Esq.<br>Knepper & Clark LLC<br>5510 S. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148-7700<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER, LLC**<br>David H. Krieger, Esq.<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff* | **SPENCER FANE LLP**<br>Mary E. Bacon, Esq. #12686<br>300 S. Fourth Street, Suite 950<br>Las Vegas, NV 89101<br>*Attorneys for Defendant NPAS Solutions, LLC* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEISA WHITTUM, individually and on behalf of all and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NPAS SOLUTIONS, LLC,<br><br>Defendant. | CASE NO: 2:19-cv-00877<br><br>**PROPOSED ORDER** |

Pursuant to this Stipulation of the parties and good cause appearing,

IT IS ORDERED that NPAS SOLUTIONS, LLC may have a fourteen (14) day extension, until and including July 8, 2019, to file its response to Plaintiff's Complaint.

Dated this 21st day of June, 2019.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of June, 2019.

SPENCER FANE LLP

/s/ Mary Bacon
Mary E. Bacon, Esq. #12686
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
*Attorney for Defendants*