Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEISA WHITTUM,<br><br>Plaintiffs,<br><br>vs.<br><br>NPAS SOLUTIONS, LLC,<br><br>Defendants. | Case No.: 2:19-cv-00877-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL**<br><br>**[FIRST REQUEST]** |

Plaintiff Leisa Whittum ("Plaintiff"), by and through her counsel of record, and Defendant NPAS Solutions, LLC ("NPAS") have agreed and stipulated to the following:

1. On October 23, 2019, Plaintiff file a Motion to Compel [ECF No. 27].

2. On November 7, 2019, NPAS filed their response to Plaintiff's Motion to Compel. [ECF No. 33]

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL [FIRST REQUEST] - 1

3. Plaintiff's Reply is due November 14, 2019.

4. Plaintiff and NPAS have agreed to extend Plaintiff's time to file her reply in support four days as Plaintiff's counsel has a trial scheduled to commence on November 12, 2019 which is scheduled to last until at least November 13, with the possibility that jury deliberations may extend beyond that date. As a result, both Plaintiff and NPAS hereby request this Court to further extend the date for Plaintiff to file her Reply in Support of her Motion to Compel until **November 18, 2019**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
November 7, 2019.

| **KNEPPER & CLARK LLC** | **SPENCER FANE LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Mary E. Bacon* |
| Matthew I. Knepper, Esq., NBN 12796 | Mary E. Bacon, Esq., NBN 12686 |
| Miles N. Clark, Esq., NBN 13848 | Scott Dickenson (*Admitted Pro Hac Vice*) |
| Email: matthew.knepper@knepperclark.com | Megan Meadows (*Admitted Pro Hac Vice*) |
| Email: miles.clark@knepperclark.com | Email: mbacon@spencerfane.com |
|  | Email: sdickenson@spencerfane.com |
| **HAINES & KRIEGER LLC** | Email: mmeadows@spencerfane.com |
| David H. Krieger, Esq., NBN 9086 |  |
| Email: dkrieger@hainesandkrieger.com | *Counsel for Defendant* |
|  | *NPAS Solutions, LLC* |
| *Counsel for Plaintiff* |  |

**ORDER GRANTING**
**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE**
**REPLY IN SUPPORT OF MOTION TO COMPEL**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 8, 2019

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL [FIRST REQUEST] - 2