Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEISA WHITTUM,<br><br>             Plaintiff,<br><br>       v.<br><br>NPAS SOLUTIONS, LLC,<br><br>             Defendant. | Case No. 2:19-cv-00877-JAD-EJY<br><br>**STIPULATION OF DISMISSAL OF NPAS SOLUTIONS, LLC WITH PREJUDICE**<br><br>Complaint filed:  May 24, 2019<br><br>ECF No. 59 |

PLEASE TAKE NOTICE that Plaintiff Leisa Whittum ("Plaintiff") and Defendant NPAS Solutions, LLC ("NPAS") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

There are no longer any issues in this matter between Plaintiff and NPAS to be determined by the Court, and NPAS is the only defendant.  Plaintiff hereby stipulates that all of her claims and causes of action against NPAS, which were or could have been the subject matter of this lawsuit,

are hereby dismissed with prejudice, without costs or fees to any party.

**IT IS SO STIPULATED.**
DATED: July 22, 2020.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**KRIEGER LAW GROUP, LLC**<br>David H. Krieger, Esq., SBN 9086<br>2850 W. Horizon Ridge Parkway, Suite 200<br>Henderson, NV 89052<br>Email: dkrieger@kriegerlawgroup.com<br><br>*Counsel for Plaintiff* | **SPENCER FANE LLP**<br><br>/s/ *Mary E. Bacon*<br>Mary E. Bacon, Esq., SBN 12686<br>300 S Fourth Street, Suite 950<br>Las Vegas, NV 89101<br>Email: mbacon@spencerfane.com<br><br>John H. Mowbray, Esq., SBN1140<br>400 South Fourth Street, Suite 500<br>Las Vegas, NV 89101<br>Email: mowbraylaw@earthlink.net<br><br>Megan D. Meadows, Esq.<br>(*Admitted Pro Hac Vice*)<br>1 N. Brentwood Blvd., Suite 1000<br>St. Louis, MO 63105<br>Email: mmeadows@spencerfane.com<br><br>Scott J Dickenson, Esq.<br>(*Admitted Pro Hac Vice*)<br>1 N. Brentwood Blvd., Suite 1000<br>St. Louis, MO 63105<br>Email: sdickenson@spencerfane.com<br><br>*Counsel for Defendant*<br>*NPAS Solutions, LLC* |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF NPAS SOLUTIONS, LLC WITH PREJUDICE

Based on the parties' stipulation **[ECF No. 59]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 24, 2020